FILED

08 MAY 14 PM 3:09

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1556 H |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| JOSE PINA-FLORES, ) | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., |
| Defendant. ) | Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 3, 2008, within the Southern District of California, defendant JOSE PINA-FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Olivera-Olivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer:San Diego
5/9/08

<pre>
 1                              Count 2
 2      On or about May 3, 2008, within the Southern District of
 3 California, defendant JOSE PINA-FLORES, with the intent to violate the
 4 immigration laws of the United States, knowing and in reckless
 5 disregard of the fact that an alien, namely, Victor Manuel Olivera-
 6 Olivera, had come to, entered and remained in the United States in
 7 violation of law, did transport and move said alien within the United
 8 States in furtherance of such violation of law; in violation of
 9 Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).
10                              Count 3
11      On or about May 3, 2008, within the Southern District of
12 California, defendant JOSE PINA-FLORES, with the intent to violate the
13 immigration laws of the United States, knowing and in reckless
14 disregard of the fact that an alien, namely, Laureana Beatriz Perez-
15 Zurita, had not received prior official authorization to come to,
16 enter and reside in the United States, did bring to the United States
17 said alien for the purpose of commercial advantage and private
18 financial gain; in violation of Title 8, United States Code,
19 Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
20 Section 2.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //
</pre>

### Count 4

On or about May 3, 2008, within the Southern District of California, defendant JOSE PINA-FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Laureana Beatriz Perez-Zurita, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 5

On or about May 3, 2008, within the Southern District of California, defendant JOSE PINA-FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Galindo-Ventura, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//
//

<u>Count 6</u>

On or about May 3, 2008, within the Southern District of California, defendant JOSE PINA-FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Galindo-Ventura, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney