UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br>Jose Pina-Flores )<br> )<br>    Defendant(s) )<br> ) | CRIMINAL NO. 08CR1556-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Laureana Perez-Zurita**

DATED: **6-26-08**

**Louisa S. Porter**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
           DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95